U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 0 5 2001

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JACQUETTA MITCHELL | CIVIL ACTION NO.: 2475-S |
| VERSUS | JUDGE: WATLER |
| BAILEY PROPERTIES, L.L.C. d/b/a/ WESTWOOD VILLAGE APARTMENTS | MAGISTRATE JUDGE: PAYNE |

## ANSWER

NOW INTO COURT, through undersigned counsel, comes Bailey Properties, L.L.C. d/b/a/ Westwood Village Apartments ("Defendant"), who, and answer to the complaint of Jacquetta Mitchell, respectfully avers as follows:

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

1.

The allegations of Paragraph 1 of Plaintiff's Complaint are denied based on lack of information upon which to form a belief therein.

2.

The allegations of Paragraph 2 of Plaintiff's Complaint are denied based on lack of information upon which to form a belief therein.

3.

The allegations of Paragraph 3 of Plaintiff's Complaint are admitted.

4.

The allegations contained in Paragraph 4 of Plaintiff's Complaint are denied.

5.

The allegations contained in Paragraph 5 Plaintiff's Complaint are denied.

6.

The allegations contained in Paragraph 6 of Plaintiff's Complaint are denied based on lack of information upon to which to form a belief therein.

7.

The allegations contained in Paragraph 7 of Plaintiff's Complaint are denied based on lack of information upon to which to form a belief therein.

8.

The allegations contained in Paragraph 8 of Plaintiff's Complaint are based on lack of information upon to which to form a belief therein..

9.

The allegations contained in Paragraph 9 of Plaintiff's Complaint are denied based on lack of information upon to which to form a belief therein.

10.

The allegations contained in Paragraph 10 of Plaintiff's Complaint are denied based on lack of information upon to which to form a belief therein.

11.

The allegations contained in Paragraph 11 of Plaintiff's Complaint are denied based on lack of information upon to which to form a belief therein.

12.

The allegations contained in Paragraph 12 of Plaintiff's Complaint are denied.

13.

The allegations contained in Paragraph 13 of Plaintiff's Complaint are denied.

14.

The allegations contained in Paragraph 14 of Plaintiff's Complaint are denied.

15.

The allegations contained in Paragraph 15 of Plaintiff's Complaint are denied.

16.

The allegations contained in Paragraph 16 of Plaintiff's Complaint are denied.

17.

The allegations contained in Paragraph 17 of Plaintiff's Complaint are denied based on lack of information upon which to form a belief therein.

18.

The Plaintiff's Complaint requires no answer. To the extent an answer is required the allegations of Paragraph 18 are denied.

19.

The allegations contained in Paragraph 19 of Plaintiff's Complaint are denied.

20.

The allegations contained in Paragraph 20 of Plaintiff's Complaint are denied.

21.

The allegations contained in Paragraph 21 of Plaintiff's Complaint are denied

22.

The allegations contained in Paragraph 22 of Plaintiff's Complaint are denied based on lack of information upon which to form a belief therein.

23.

The allegations contained in Paragraph 23 of Plaintiff's Complaint require no answer. To the extent an answer is required the allegations contained in Paragraph 23 of Plaintiff's Complaint are denied.

24.

The allegations contained in Paragraph 24 of Plaintiff's Complaint are denied.

25.

The allegations contained in Paragraph 25 of Plaintiff's Complaint do not require an answer. To the extent an answer is required the allegations contained in Paragraph 25 of Plaintiff's Complaint are denied.

Further answering,

26.

Defendant herein avers that the Plaintiff has failed to mitigate her damages.

27.

Plaintiff has failed to state a claim upon which relief may be granted.

28.

Jacquetta Mitchell is a "key employee" as defined by 29 USC Section 2614 (b)(2).

29.

Defendant requests a trial by jury on all issues triable by a jury herein.

Wherefore, Defendant prays as follows:

a. That Plaintiff take nothing by reason of it's Complaint, that Judgment be rendered in favor of Defendant;

b. That Defendant be awarded its costs incurred in defense of this matter; and

c. Any further relief which the court deems proper.

Respectfully submitted,

JEANSONNE & REMONDET

_____
J. TODD BENSON #25331
JENNIFER B. DRAGO #53633
6007 Financial Plaza, Suite 708
Shreveport, Louisiana 71129
Telephone: (318) 671-8102

Fax: (318) 671-8103<br>
ATTORNEYS FOR BAILEY<br>
PROPERTIES, L.L.C. d/b/a<br>
WESTWOOD VILLAGE<br>
APARTMENTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was this day forwarded to all known counsel of record by depositing a copy of same in the United States Mail, postage prepaid and properly addressed.

Shreveport, Louisiana, this 5th day of Jan, 2001.

_____
OF COUNSEL