U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

MAY 22 2001

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| JACQUETTA MITCHELL | : | CIVIL ACTION NO.: 00-2475 |
| VERSUS | : | JUDGE: Walter |
| BAILEY PROPERTIES, L.L.C. d/b/a/ WESTWOOD VILLAGE APARTMENTS | : | MAGISTRATE JUDGE: Payne |
| | : | JURY DEMAND |

### RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel was held on May 8, 2001, *via* telephone. The following persons participated: Allison A. Jones, counsel for Jacquetta Mitchell, and Jennifer B. Drago, counsel for Bailey Properties, L.L.C. d/b/a Westwood Village Apartments.

**1. Initial Disclosures**

Plaintiff's Initial Disclosures will be made on May 21, 2001. Defendant's Initial Disclosures were made on May 18, 2001. Complete disclosures under 26(a)(1)(C) have not been made as it is the position of the parties that such disclosures can not be completed until the completion of discovery.

**2. Jurisdiction**

Neither party challenges the Court's federal subject matter jurisdiction.

**3. Joinder of Parties and Amendment of Pleadings**

Neither party anticipates amendment of pleadings or adding any additional parties.

**4. Discovery Issues**

To date, no discovery has been exchanged.



The Plaintiff has been deposed and the parties are exchanging dates for further depositions.

Presently, the parties do not anticipate any discovery disputes.

A proposed cut-off date for discovery is October 31, 2001.

5.  **Alternative Dispute Resolution**

Plaintiff is amenable to ADR with an independent, private mediator. Defendant is amenable to ADR provided that it is done by a magistrate judge in the Western District.

6.  **Trial by Magistrate Judge**

Plaintiff does not consent to trial before the assigned magistrate judge.

Respectfully submitted,

| | |
|---|---|
| DAVIDSON, NIX & JONES<br>509 Market Street, Suite 800<br>Shreveport, Louisiana 71101<br>Telephone: (318) 424-4342<br>Telecopy: (318) 226-0168<br><br>By: _____<br>Allison A. Jones, Bar No. 16990<br>Attorneys for Plaintiff | JEANSONNE & REMONDET<br>6007 Financial Plaza, Suite 708<br>Shreveport, Louisiana 71129<br>Telephone: (318) 671-8102<br>Telecopy: (318) 671-8103<br><br>By: _____<br>Jennifer B. Drago, Bar No. 23633<br>Attorneys for Defendant |