*Sport*

**MINUTE ENTRY ORDER**
June 14, 2001

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUN 14 2001

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

MAGISTRATE JUDGE ROY S. PAYNE
300 Fannin Street, Suite 4300
Shreveport, La  71101-3087      USDC/WD/LA-SHREVEPORT DIVISION


JACQUETTA MITCHELL                    CIVIL ACTION NO. 00-2475

versus                                JUDGE WALTER

BAILEY PROPERTIES, LLC, ET AL.        MAGISTRATE JUDGE PAYNE

* * * * * * * * * * * * * * * * * * * * *

Both counsel having advised the court at the June 12, 2001 Scheduling Conference, that a mediation will be held in this matter during August, entry of a Scheduling Order is deferred until a **TELEPHONE STATUS CONFERENCE** on **September 7, 2001 at 2:30 p.m.**



cc'd to RSP

COPY SENT
DATE: 6/14/01
BY: Cuuu
TO: Jones
    Drago

